1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6985
6      FAX: (415) 436-6748
       Valerie.smith2@usdoj.gov
7
   Attorneys for Defendant
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  OAKLAND DIVISION
11

12  PAULINE M. VELEZ,                    )  CASE NO. 20-CV-5170 KAW
                                         )
13         Plaintiff,                    )  **DECLARATION OF VALERIE E. SMITH IN**
                                         )  **SUPPORT OF DEFENDANT'S MOTION FOR**
14     v.                                )  **SUMMARY JUDGMENT**
                                         )
15  DEPARTMENT OF VETERANS AFFAIRS,      )
                                         )
16         Defendant.                    )
                                         )
17

I, **Valerie E. Smith**, an attorney duly admitted to practice in the States of New York and California and in the United States District Court for the Northern District of California, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, and attorney for the Defendant. As such, I am familiar with the facts and circumstances stated below. I submit this declaration in support of Defendant's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

1. Annexed as Exhibit "A" is a true and accurate copy of the deposition of Timothy Graham taken on May 3, 2021.

2. Annexed as Exhibit "B" is a true and accurate copy of the affidavit of Timothy Graham dated, May 1, 2019. This affidavit was was provided in relation to Plaintiff's EEOC Complaint No. 200P-0612-2018106247. True and accurate copies of the sworn follow-up emails exchanged on May 10, 2019, and May 14, 2019, between Timothy Graham and EEO Investigator Kurt Barthal are included with the affidavit for a complete record. The affidavit of Timothy Graham is annexed to the deposition of Timothy Graham taken on May 1, 2019, as Exhibit 7.

3. Annexed as Exhibit "C" is a true and accurate copy of the deposition of David Stockwell taken on May 4, 2021.

4. Annexed as Exhibit "D" is a true and accurate copy of the deposition of Plaintiff, Pauline Velez taken on April 29, 2021.

5. Annexed as Exhibit "E" is a true and accurate copy of the curriculum vitae ("CV") of Plaintiff, Pauline Velez. Plaintiff's CV is annexed, as Exhibit 1, to her deposition taken on April 29, 2021.

6. Annexed as Exhibit "F" is a true and accurate copy of the Notification of Personnel Action, Form SF-50 dated, October 28, 2018. This form indicates that Plaintiff received a work performance increase in pay as of October 28, 2018.

7. Annexed as Exhibit "G" is a true and accurate copy of the deposition of Crystal Keeler taken on August 13, 2021.

8. Annexed as Exhibit "H" is a true and accurate copy of Pay Table 4 for the Department of Veterans Affairs. Pay Table 4 demonstrates the two tiers of payment for physicians who have a clinical specialty of vascular surgery.

9. Annexed as Exhibit "I" is a true and accurate copy of the Change in Assignment Memorandum dated, August 20, 2018, issued by Timothy Graham. This memorandum is annexed to the deposition of Pauline Velez taken on April 29, 2021, as Exhibit 2 and to the deposition of Timothy Graham taken on May 3, 2021, as Exhibit 1.

10. Annexed as Exhibit "J" is a true and accurate copy of the deposition of Dr. William Cahill, MD taken on May 10, 2021.

11. Annexed as Exhibit "K" is a true and accurate copy of Dr. William Cahill's sworn statement of provided to EEO investigator Kurt Barthel on May 17, 2019.

12. Annexed as Exhibit "L" is a true and accurate copy of Timothy Graham's Sepetmber 27, 2018, response to Plaintiff's informal grievance following the August 20, 2018, Change in Assignment Memorandum. This document is annexed to the deposition of Pauline Velez taken on April 29, 2021, as Exhibit 5 and annexed to the deposition of Timothy Graham taken on May 3, 2021, as Exhibit 4.

13. Annexed as Exhibit "M" is a true and accurate copy of Dr. Ronald Chung's sworn statement provided to EEO Investigator Kurt Barthel on May 20, 2019.

14. Annexed as Exhibit "N" is a true and accurate copy of the deposition of Dr. Scott Hundahl, MD taken on November 1, 2021.

15. Annexed as Exhibit "O" is a true and accurate copy of David Stockwell's Decision of Plaintiff's Formal Grievance dated, February 1, 2019. This document is annexed to the deposition of David Stockwell taken on May 4, 2021, as Exhibit 4.

16. Annexed as Exhibit "P" is a true and accurate copy of the Plaintiff's informal grievance submitted to Timothy Graham on August 27, 2018. This document is annexed to the deposition of Timothy Graham taken on May 3, 2021, as Exhibit 3.

17. Annexed as Exhibit "Q" is a true and accurate copy of the December 12, 2018, Memorandum from Lorrie Strohecker to David Stockwell regarding the Grievance Examiners Report

1  related to Plaintiff's formal grievance. This document is annexed to the deposition of David Stockwell
2  taken on May 4, 2021, as Exhibit 3.

3      18.    Annexed as Exhibit "R" is a true and accurate copy of the Notice of Accepted EEOC Claim
4  dated, March 8, 2019, for EEO Complaint No. 200P-0612-2018106247. This document is annexed to the
5  deposition of Pauline Velez dated April 29, 2021, as Exhibit 4.

6      19.    Annexed as Exhibit "S" is a true and accurate copy of the Final Agency Decision dated,
7  August 30, 2019, related to EEO Complaint No. 200P-0612-2018106247. This document is annexed to
8  the deposition of Pauline Velez dated April 29, 2021, as Exhibit 8.

DATED:    San Francisco, California
             March 17, 2022

                                      Respectfully Submitted,

                                      STEPHANIE M. HINDS
                                      United States Attorney

                                      */s/ Valerie E. Smith*
                                      VALERIE E. SMITH
                                      Assistant United States Attorney
                                      Attorney for Defendant