**Department of
Veterans Affairs**

# Memorandum

**Date:** 09/27/2018

**From:** Timothy H. Graham, Associate Director

**Subj:** Decision on Informal Grievance

**To:** Pauline Velez, M.D.

The purpose of this memorandum is to respond to your written informal grievance, dated August 27, 2018, requesting that I rescind the change of assignment memorandum I issued to you on August 27, 2018. The change of assignment memo changes your site management responsibilities; however, you remain as the Assistant Chief of Surgery for the East Bay. Per our email agreement, you agreed to extend the response timeframe for your informal grievance to allow us an opportunity to meet, in person, to discuss your informal grievance.

On September 12, 2018, we conducted a face-to-face meeting to discuss your informal grievance. At that meeting, you requested a change in title to "Chief Medical Officer" with the associated duties of coordinating clinical care across the Martinez campus. After careful consideration and discussion with the clinical executive team, I have decided to not rescind the August 27, 2018, change in assignment memo. Additionally, after discussion with clinical leadership for the health care system, I am denying your request to acquire the title of Chief Medical Officer for the Martinez campus. Consequently, your title will remain Assistant Chief of Surgery for the East Bay and your reporting structure to Dr. Scott Hundahl, Chief of Surgery, will remain in effect.

Based on the context of your written informal grievance, it appears that you misunderstood the expectations I set forth in our meeting on August 27, 2018; therefore, I would like to clarify those expectations in this memorandum. At that time, I informed you that as the Assistant Chief of Surgery, it is expected that you will continue to be a vital part of the management team for VA Northern California Health Care System, with the same expectation of similarly situated Assistant Chiefs and Service Chiefs, which includes interfacing across service lines to address patient care issues impacting Surgical Service. It is not the expectation that you will either manage or have direct oversight of all clinical functions at the Martinez campus, but will work with other Assistant Chiefs, Clinical Leads and Service Chiefs in a collaborative manner to resolve clinical issues as they arise.

As a reminder, in your role as Assistant Chief of Surgery for the East Bay, you will remain as a Tier 2 physician given your supervisory responsibilities within Surgical Service. Be advised that if you are not satisfied with the decision outlined in this memorandum, you may present the grievance under the formal procedure. Should you wish to pursue your grievance under the formal procedure, the formal grievance must be submitted in writing to the Director within 10 days after completion of the informal procedure, or by October 7, 2018.

*Timothy Graham* (signature)

Timothy H. Graham, J.D., LL.M.
Associate Director, East Bay Division

EXHIBIT 4

USA005544