1

**From:** Chun, Ronald
**Sent:** Monday, May 20, 2019 8:09 AM
**To:** Barthel, Frederick (ORM) <Frederick.Barthel@va.gov>
**Subject:** RE: EEO Investigation - Statement Verification

I have reviewed the comments listed in RED, and find them to be correct statements.

Ronald P. Chun, MD


Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

**From:** Barthel, Frederick (ORM) <Frederick.Barthel@va.gov>
**Date:** Wednesday, May 15, 2019, 1:22 PM
**To:** Chun, Ronald <Ronald.Chun@va.gov>
**Subject:** EEO Investigation - Statement Verification

Pauline Velez vs Northern California HCS
ORM Case #200P-0612-2018106247

Good Morning,

Below is a synopsis of our conversation from a few minutes ago.  Your comments are listed in **Red**.  Please reply and state whether or not the below comments are accurate; please make any changes necessary...

- Name: Ronald Chun
- Facility: N. Calif HCS
- Position: Physician, prior Site Manager

You Stated:

- I informed the Associate Director, Mr. Graham, that I was contemplating retirement.  I was informed that they were going to replace my position with a non-clinical administrative person.
- In the past, medical clinics needed to be supervised by a clinician.  That is no longer the case.
- I disagree with this change, as they now need 2 or 3 people to do what I did.  The current site manager has no clinical background at all.  If there is an issue with a clinical employee, the manager needs to contact a clinical supervisor to handle the issue.
- When Dr. Velez and I were Site Managers, we did everything.  I don't think management knew what we had accomplished; we networked with stakeholders and knew both sides of the house.  They don't understand the importance of having a Chief Medical Officer.

USA005745

2

- I don't believe the action of removing clinicians as Site Managers has anything to do with discrimination. If that were the case, they wouldn't have replaced my position with a minority female.

***The answers you provide are subject to having solemnly sworn/affirmed that they* are *true and complete to the best of your knowledge and belief.***

*Kurt Barthel*
EEO Investigator
Department of Veterans Affairs
Office of Resolution Management
Office (360) 759-1613
Fax (360) 759-1618

USA005746