Date:   27 August 2018

From:   Pauline M. Velez, MD, MBA

Subj:   Change of Assignment

To:     Timothy H. Graham, Associate Director

The letter reproduced below, delivered to you on 22 August 2018 is to initiate the informal first step of a grievance as outlined in VA Directive 5021 Appendix A 6(1).

I respectfully request you rescind your Memo of 20 Aug 18 reassigning me. I have functioned in this assignment, with changes in title, for approximately 20 years. In our discussion when you presented this letter to me you said that the Martinez Campus "functioned well" under my leadership and therefore you wanted me "to continue to do the work I have been doing." In your letter you offer no reason based on the reality of Martinez for this action. I infer from you sentence, "Additionally, … on the campus." and from the operational action of changing my reporting to Dr. Hundahl, that your concern is not with the reality of function at Martinez but with the organizational structure. As you well know, in my role as Site Manager, I have played a leadership role in activities which may be understood as narrowly administrative (such the design and construction of new admin buildings), narrowly clinical but not narrowly surgical (such as coordination of ultra-sound testing between Radiology, Medicine and Surgery), and interface issues (such as space allocation for offices and examination rooms). Again, in our discussion you emphasized your need for me to continue to play that clinical role involving multiple clinical services and in the interface role. You were candid that as a non-physician you need me to perform those functions. The title of Assistant Chief of Surgery alone is insufficient and inappropriate to the role I have performed, that you need, and that you want me to continue to perform. May I then suggest that I be assigned a more appropriate title with a more appropriate reporting line.

I hope I can look forward to working with you for many years to come either as Site Manager Martinez continuing to report to you, or if you prefer Chief Medical Officer presumably reporting to the COS. In either case I will continue to do the excellent job I have done as you have acknowledged.

*[signature]*

Pauline M. Velez. MD, MBA

EXHIBIT 3

USA005545